AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

OTHMAN Ibela
_____
Plaintiff(s)

v.   Civil Action No.

Guardian Security Services, INC AND
Firstservice Residential New York, INC
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Guardian Security Services, INC
55 Water St., Lobby
New York, NY 10041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

OTHMAN Ibela
147-36 94 Ave, Apt 19B
Jamaica, NY 11435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/28/2025       Tammi M. Hallwang

_____
Signature of Clerk or Deputy Clerk

JUDGE TORRES

25 CV 0443 4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

OTHMAN Ibela
_____
Plaintiff(s)

v.     Civil Action No.

Guardian Security Services, INC, AND
Firstservice Residential Newyork, INC
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Firstservice Residential New York, INC
53 W. 53rd Street
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

OTHMAN Ibela
147-36 94Ave, Apt 19B
Jamaica, NY 11435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/28/2025    *Tammi M. Hellwig*    _____
                                          Signature of Clerk or Deputy Clerk