**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

OTHMAN IBELA,

                          Plaintiff,                  **25-CV-4434 (AT) (KHP)**

          -against-                     **POST-CONFERENCE ORDER**

GURADIAN SECURITY SERVICES, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 22, 2026, the parties appeared for a Case Management Conference before the undersigned.  The Court heard updates on the progress of discovery.  At the conference, the Court ordered the following:

- By **February 6, 2026**, Defendant Guardian Security Services ("Guardian") will produce or reproduce all documents responsive to Plaintiff's requests (as limited by the Court at the conference) in hard copy form by sending them to Plaintiff's address on the docket, as well as emailing them to Plaintiff's email address (as reflected on the docket).

- By **February 6, 2026**, Guardian shall produce any policy or personnel documents regarding non-discrimination signed by the individual employees alleged to have discriminated against Plaintiff in the Complaint.

- By **February 6, 2026**, Guardian shall email and mail (with a self-addressed and stamped return envelope) to Plaintiff copies of medical record release

authorizations for the doctors whose names were discussed on the record at the conference.

- By **February 15, 2026**, Guardian shall file a letter with the Court as to documents it has (1) re-produced or (2) produced for the first time in connection with this order and the instructions of the Court on the record at the conference.  The letter shall also indicate the progress of Guardian's efforts to secure relevant medical records from the Plaintiff's providers.

- The deadline to complete discovery is hereby extended by 90 days to **May 1, 2026**.  The Court is unlikely to grant further extensions.

- In a separate order, the Court scheduled a settlement conference. (ECF No. 41.)

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

Dated: January 23, 2026
       New York, New York

**SO ORDERED**.

_____
KATHARINE H. PARKER
United States Magistrate Judge

2