

**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____02/26/2026
```

February 26, 2026

The Honorable Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Othman v. Guardian Security Services, Inc. et ano., et al., 25-cv-4434-AT-KHP

Dear Judge Parker,

City Bar Justice Center represents plaintiff Ibela Othman for limited scope settlement purposes. I write with the consent of defendant's counsel, Bennett Katz, to respectfully request that the settlement conference scheduled for Tuesday, March 10 (ECF 41) be postponed several weeks. This is plaintiff's first request for this action.

I filed my notice of appearance on February 20, 2026 (ECF 46) and arranged a call this week with Mr. Othman to begin reviewing his case for settlement purposes. To be properly prepared for the settlement conference, including time to discuss the matter with defendant's attorney, make a settlement demand and submit the settlement statement, additional time is needed.  My other commitments do not provide sufficient time for me to undertake the guidance provided in Your Honor's Individual Rules on Settlement Conferences. Accordingly, I respectfully request that the settlement conference be adjourned several weeks in the manner directed by Your Honor.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane
*Director, Federal Pro Se*
*Legal Assistance Project (SDNY)*
City Bar Justice Center
42 W. 44th Street
New York, NY 10036

> **APPLICATION GRANTED:**  The Settlement Conference in this matter scheduled for Tuesday, March 10, 2026, at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Monday, May 11, 2026, at 10:00 a.m.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than May 4, 2026, by 5:00 p.m
>
> **APPLICATION GRANTED**
>
> Hon. Katharine H. Parker, U.S.M.J.
> **02/26/2026**

122319409.1