UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IBELA OTHMAN,

               Plaintiff,

        -against-

GUARDIAN SECURITY SERVICES, INC., AND
FIRSTSERVICE RESIDENTIAL NEW YORK, INC.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2026_____
```

25 Civ. 4434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The telephonic conference to show cause why the Court should not enter a default judgment against Defendant FirstService Residential, Inc. ("FirstService") scheduled for April 13, 2026, is ADJOURNED to **April 20, 2026**, at **3:00 p.m.**  The parties are directed to dial +1(646) 453-4442 and enter access code 910-763-894#.

      By **April 14, 2026**, Plaintiff shall serve FirstService with a copy of this order.  By **April 15, 2026**, Plaintiff shall file proof of service on the docket.

      SO ORDERED.

Dated:  April 13, 2026
      New York, New York

ANALISA TORRES
United States District Judge