# KATZ & RYCHIK P.C.

Attorneys at Law
40 Wall Street, 30th Floor
New York, New York 10005
Telephone (212) 766-4700
Fax (212) 766-4705

*Reply to New York Office

Katz & Rychik P.C.
991 Route 22 West
Suite 200
Bridgewater, N.J. 08807
Tel (908) 722-2600

Katz & Rychik P.C
300 Merrick Road, Suite 401
Lynbrook, NY 11563

May 7, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    05/07/2026
```

## MEMO ENDORSED

**VIA PACER**
Katharine H. Parker, U.S.M.J.
United States Courthouse
Sourthern District of New York
500 Pearl St., Courtroom 17D
New York, NY 10007-1312

> Re:     **Othman Ibela v. Guardian Security Services, Inc.**
>         **Civil Action No: 1:25-cv-04434-AT-KHP**

Dear Judge Parker:

We represent defendant Guardian Security Services, Inc. in the above-captioned matter and write to respectfully request a brief adjournment of the Settlement Conference scheduled for Monday, May 11. The Defendants' decision maker is unable to attend due to a family matter, and the Carrier is still reviewing this case. This conference has been adjourned on one prior occasion at the request of Plaintiff's counsel.  Plaintiff's counsel consents to this request for an adjournment.

Thank you very much.

Respectfully submitted,

Bennett R. Katz, Esq.

Bennett R. Katz, Esq.

Cc:     Susanne Toes Keane
        Director, Federal Pro Se
        Legal Assistance Project (SDNY)
        City Bar Justice Center
        42 W. 44th Street
        New York, NY10036
        Skeane@nycbar.org

**APPLICATION GRANTED:** **The Settlement Conference in this matter scheduled for Monday, May 11, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to** **Wednesday, July 1, 2026 at 2:00 p.m.** **Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than** **June 24 2026, by 5:00 p.m**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**05/07/2026**